UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:22-cv-61276-WPD

HOWARD COHAN,

    Plaintiff,

vs.


CICCIO RESTAURANT GROUP, LLC
a Florida Limited Liability Company
d/b/a FRESH KITCHEN DAVIE;
FK CENTRAL FLORIDA, LLC,
a Florida Limited Liability Company
d/b/a FRESH KITCHEN

    Defendant(s).

_____/

## NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN, by and through his undersigned counsel, hereby notifies the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

    RESPECTFULLY SUBMITTED August 5, 2022.

By: **/s/ Gregory S. Sconzo**
Gregory S. Sconzo, Esq.
Florida Bar No.: 0105553
Samantha L. Simpson, Esq.
Florida Bar No.: 1010423
Sconzo Law Office, P.A.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940
Facsimile: (561) 491-9459
Email: greg@sconzolawoffice.com
Email: samantha@sconzolawoffice.com
Email: alexa@sconzolawoffice.com
Attorney for Plaintiff

1

2

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on August 5, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on Counsel for Defendant, Mark Heilig, Esq., via email at: mark@integritascounsel.com

       **/s/ Gregory S. Sconzo**
       **Gregory S. Sconzo, Esq.**