UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:22-cv-61276-WPD

HOWARD COHAN,

     Plaintiff,

vs.

CICCIO RESTAURANT GROUP, LLC
a Florida Limited Liability Company
d/b/a FRESH KITCHEN DAVIE;
FK CENTRAL FLORIDA, LLC,
a Florida Limited Liability Company
d/b/a FRESH KITCHEN

     Defendant(s).

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, HOWARD COHAN and his undersigned counsel hereby give notice that the above captioned action is voluntarily dismissed, with prejudice against Defendants, CICCIO RESTAURANT GROUP, LLC, a Florida Limited Liability Company, d/b/a FRESH KITCHEN DAVIE and FK CENTRAL FLORIDA, LLC, a Florida Limited Liability Company, d/b/a FRESH KITCHEN.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 14, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on Counsel for Defendants, Mark Heilig, Esq., via email at: mark@integritascounsel.com

By: **/s/ Gregory S. Sconzo**
Gregory S. Sconzo, Esq.
Florida Bar No.: 0105553

Samantha L. Simpson, Esq.
Florida Bar No.: 1010423
Sconzo Law Office, P.A.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940
Facsimile: (561) 491-9459
Email: greg@sconzolawoffice.com
Email: samantha@sconzolawoffice.com
Email: alexa@sconzolawoffice.com
Attorney for Plaintiff